ILLINOIS ᴇx ʀᴇʟ. MAERAS, TREASURER & EX-OFFICIO COLLECTOR OF TAXES OF MADISON COUNTY *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ᴇᴛ ᴀʟ.

No. 670. Decided December 18, 1967.

*Burton C. Bernard* for appellant.

*Hugh J. Dobbs, John F. Schlafly, Louis F. Gillespie, Gordon Burroughs, Eldon Martin, Jordan Jay Hillman* and *Robert L. Broderick* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

HULSHART *v.* MARYLAND.

No. 708, Misc. Decided December 18, 1967.

*James D. Nolan* for appellant.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.